**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAELA AGUILLON DELOZANO,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant.<br>_____/ | No. C 13-03726 CW<br><br>ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY CONSENT TO A MAGISTRATE JUDGE FOR ALL PURPOSES |

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b).

Accordingly, the parties are hereby DIRECTED to advise the Court, no later than September 3, 2013, as to whether they consent to have a magistrate judge conduct all further proceedings in the instant action.[1] For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section. The parties are further advised that they may jointly request assignment to a specific magistrate judge.

IT IS SO ORDERED.

Dated: 8/20/2013

                                  CLAUDIA WILKEN
                                  United States District Judge

---

[1] Normally, the Court would direct the parties to so inform the Court in their Joint Case Management Statement filed in connection with a case management conference. Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.