MELINDA HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8933
Facsimile: (415) 744-0134
E-Mail: Paul.Sachelari@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAELA A. DELOZANO,<br><br>　　　　Plaintiff,<br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 4:13-cv-03726-CW<br><br>**ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendant shall have a 60-day extension, or until April 4, 2014 to respond to the Complaint.

IT IS SO ORDERED.

DATED:___2/4/2014_____          _____
                                     HON. CLAUDIA WILKEN
                                     UNITED STATES DISTRICT JUDGE