IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAELA AGUILLON DELOZANO,<br><br>      Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant.<br>_____/ | No. C 13-03726 CW<br><br>ORDER DIRECTING PLAINTIFF TO INFORM COURT WHETHER SHE CONSENTS TO A MAGISTRATE JUDGE FOR ALL PURPOSES |

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b). Defendant Commissioner of Social Security has consented to have a magistrate judge conduct all further proceedings in this case. Accordingly, Plaintiff is DIRECTED to advise the Court, no later than May 21, 2014, the date her motion for summary judgment is due, as to whether she consents to have a magistrate judge conduct all further proceedings in the instant action.[1] For Plaintiff's convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.

IT IS SO ORDERED.

Dated: 4/23/2014

                                           CLAUDIA WILKEN
                                           United States District Judge

---

[1] Normally, the Court would direct the parties to so inform the Court in their Joint Case Management Statement filed in connection with a case management conference. Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.