UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAELA AGUILLON DELOZANO,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>Defendant. | Case No. 13-cv-03726-JCS<br><br>**REQUEST FOR MATERIALS IN SUPPORT OF STIPULATION FOR AWARD OF ATTORNEY'S FEES UNDER EAJA** |

Plaintiff and the Commissioner have stipulated to an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).  *See* Docket No. 33 ("Stipulation and Order").  The Stipulation and Order provides that the fees shall be paid to counsel "pursuant to the assignment executed by Plaintiff."  Plaintiff is requested to provide a copy of the fee assignment, along with a supporting declaration, in support of the Stipulation and Order.

**IT IS SO ORDERED.**

Dated: June 1, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge